IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MARGARET ARMSTRONG, and PINEHURST CAMP, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT VINCENT MORRISON TIERNAN,<br><br>Defendant. | CV 24-140-M-KLD<br><br>ORDER OF RECUSAL |

I hereby recuse myself from this matter on the ground that I was previously a partner at the law firm of Garlington, Lohn, and Robinson. Accordingly, I ask that this case be reassigned.

DATED this 3rd day of March, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge