IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MARGARET ARMSTRONG and PINEHURST CAMP, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT VINCENT MORRISON TIERNAN,<br><br>Defendant. | Cause No.: CV 24-140-M-JTJ<br><br><br>ORDER |

Based on Defendant's Robert Vincent Morrision Tiernan and Plaintiffs' Margaret Armstrong and Pinehurst Camp, LLC (collectively the "Parties") Joint Motion to Stay Proceedings, and good cause having been shown,

IT IS HEREBY ORDERED that all deadlines are STAYED through May 2, 2025.

DATED this 4th day of March, 2025.

_____
John Johnston
United States Magistrate Judge

1