# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| JOHN M. ARMSTRONG, SR. and PINEHURST CAMP, LLC,<br><br>　　　　Plaintiffs,<br>v.<br><br>ROBERT VINCENT MORRISON TIERNAN,<br><br>　　　　Defendant. | Cause No. 9:24-cv-00140-JTJ<br><br>**ORDER GRANTING UNOPPOSED MOTION TO SUBSTITUTE JOHN M. ARMSTRONG, SR. FOR DECEASED PLAINTIFF MARGARET ARMSTRONG** |

　　　　Pending before the Court is Plaintiff's Unopposed Motion to Substitute John M. Armstrong, Sr. ("Proposed Plaintiff"), successor in interest to Margaret Armstrong, as co-Plaintiff in this action, together with Pinehurst Camp, LLC, pursuant to Fed. R. Civ. P. 25(a). (Doc. 24.)

　　　　The Court was notified that Margaret Armstrong passed away on August 26, 2025. The Unopposed Motion indicates that no formal probate proceedings were initiated following her passing, and no personal representative was appointed. Proposed Plaintiff is Margaret Armstrong's spouse and sole beneficiary under her will. Therefore, the Court is satisfied that he is the proper party under Fed. R. Civ. P. 25(a)(1) and that substitution is proper. Accordingly, IT IS HEREBY ORDERED that

John M. Armstrong, Sr. will be substituted as co-Plaintiff in this action together with Pinehurst Camp, LLC. All further pleadings will reflect this change.

DATED this 25th day of November 2025.

John Johnston
United States Magistrate Judge