UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

MARGARET ARMSTRONG and PINEHURST CAMP, LLC,

Plaintiffs,

v.

ROBERT VINCENT MORRISON TIERNAN,

Defendant.

Cause No. 9:24-cv-00140-JTJ

**ORDER**

Based on the Court's review of the Joint Status Report filed by the parties (Doc. 42), and good cause appearing therefore, IT IS HEREBY ORDERED:

1. The September 8, 2026 hearing on Plaintiffs' Motion for Relief under Rule 56(d) (Doc. 35) is hereby VACATED;
2. All remaining deadlines in the Court's Scheduling Order (Doc. 26) are VACATED;
3. The parties shall file a Joint Status Report on or before October 16, 2026 apprising the Court of the status of settlement discussions if this action has not been dismissed prior to such date.

DATED this 8th day of September 2026.

John Johnston
United States Magistrate Judge